IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOCK L. SCOTT, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV-04-1319-RRA |
| JEFFERSON COUNTY, et al., | ) |
| Defendants. | ) |

**Memorandum Opinion**

Presently before the Court is the Jefferson County Personnel Board's Motion for Summary Judgment. (Doc. 22). The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation. No objections have been filed to the Report and Recommendation. The court has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 35) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the Motion for Summary Judgment (doc. 22) is due to be **GRANTED,** and the Plaintiff's claims against the Jefferson County Personnel Board are due to be **DISMISSED**. An appropriate order will be entered.

**DONE** this 31st day of January, 2006.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE