IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DOCK L. SCOTT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  **CASE NO. CV-04-B-1319-S** |
| | ) |
| **JEFFERSON COUNTY, et al.,** | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

On January 31, 2006, this court granted the Motion for Summary Judgment filed by defendant Jefferson County Personnel Board and referred the case back to Judge Armstrong for further proceedings against the remaining defendants. Prior to the date of that Order, Magistrate Judge Armstrong had entered a Report and Recommendation, (doc. 34),[1] recommending that the Motion for Summary Judgment, (doc. 30), filed by defendants Jefferson County, Cecil Calvert, and Ron Greer be granted. On January 27, 2006, plaintiff filed an Objection to the Magistrate Judge's Report and Recommendation. (Doc. 38.)

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the plaintiff's Objections. The court has reached an independent conclusion that the Magistrate Judge's Report and Recommendation, (doc. 37), is due to be adopted and approved. The court hereby adopts

---

[1] Reference to document number, ["Doc."], refers to the number assigned to each document filed in the court's record.

and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court.  In accord with the Recommendation, the Motion for Summary Judgment (doc. 30) filed by defendants Jefferson County, Cecil Calvert and Ron Greer is due to be granted, and the plaintiff's claims against these defendants are due to be dismissed.  An appropriate order will be entered.

**DONE**, this the 22nd day of August, 2006.

_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE